David O. ROBINSON, a/k/a David
Osborne Robinson, Plaintiff–
Appellant,

v.

James STEWART, III, Commissioner,
Virginia Center for Behavioral Re-
habilitation, Defendant–Appellee.

No. 12–7410.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Jan. 7, 2013.

David O. Robinson, Appellant Pro Se.
Braden Jon Curtis, Office of the Attorney
General of Virginia, Richmond, Virginia,
for Appellee.

Before NIEMEYER, GREGORY, and
DIAZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

David O. Robinson appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2006) complaint. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Robin-
son v. Stewart,* No. 3:11–cv–00063–JAG,
2012 WL 3151535 (E.D.Va. Aug. 2, 2012).
We dispense with oral argument because

the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

*AFFIRMED.*